

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00153-CV

## IN RE SMITH BEND RANCH, LTD

---

## Original Proceeding

---

## ORDER

---

In this original proceeding, Relator Smith Bend Ranch, Ltd. seeks a writ of mandamus compelling Respondent, the Honorable Phil Robertson, Presiding Judge of the 220th Judicial District Court of Bosque County, to vacate the order granting the motion to reinstate filed by the Real Party in Interest, Aurelio Ramirez, and to grant Relator's motion to dismiss for want of prosecution. Relator has now filed a Motion to Abate Mandamus, Pending Review by the New Trial Court Judge. Ramirez is not opposed to this motion.

After this original proceeding was filed, Judge Robertson retired and ceased to hold office as the Judge for the 220th Judicial District Court. Judge Robertson's successor is the Honorable Shaun Carpenter, and the parties agree that Judge Carpenter should be

provided the opportunity to either adopt Judge Roberts' ruling or to rule in a different manner.

Rule 7.2(b) of the Rules of Appellate Procedure provides that in the case of an original proceeding, the appellate court must abate the proceedings to allow a successor to reconsider the original party's decision. *See In re Blevins*, 480 S.W.3d 542 (Tex. 2013) (original proceeding) (per curiam). We therefore grant the parties sixty days, as requested, from the date of this Order to present for review to the Honorable Shaun Carpenter the Relator's motion to dismiss and the Real Party in Interest's motion to reinstate. In the meantime, our decision will be held in abeyance. The stay previously entered in this case will otherwise remain in effect. Should Relator not provide this Court a ruling from Judge Carpenter within ten days from the date of his ruling, the petition for writ of mandamus will be dismissed.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Order granted and case abated
Order issued and filed March 13, 2019

